THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| The United States of America for the Use and Benefit of T.I. NORTHWEST CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>TOTEM PACIFIC CONTRACTORS, INC., and FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>                    Defendants. | NO. CV06-5426RBL<br><br>ORDER OF DEFAULT |

THIS MATTER came before the Court on Plaintiff's Motion for Default and Default Judgment against Defendant First National Insurance Company of America. After considering plaintiff's Motion For Default, Declaration of Paul R. Cressman, Jr., and the pleadings and records on file, the Court finds that Defendant First National Insurance Company of America was duly served with a summons and complaint in this action, that more than twenty (20) days have passed since defendant was served with the

ORDER OF DEFAULT
(CV06-5426RBL) 1

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

593050.1/025676.00003

complaint, and that defendant has failed to answer or file a notice of appearance in this action.  The Clerk finds the defendant is now in default.  Therefore,

IT IS HEREBY ORDERED that Defendant First National Insurance Company of America is in default.

Dated this 13th day of October, 2006

                                     s/Jean Boring

BRUCE RIFKIN, Clerk of Court

BY: Jean Boring, Deputy Clerk

Presented by:

SHORT CRESSMAN & BURGESS PLLC

By: s/ Paul R. Cressman, Jr.

Paul R. Cressman, Jr., WSBA #7128

Brett M. Hill, WSBA #35427

999 Third Avenue, Suite 3000

Seattle, WA  98104-4088

Phone:  (206) 682-3333

Fax:  (206) 340-8856Attorney for

Plaintiff

T.I. Northwest Corporation

ORDER OF DEFAULT
(CV06-5426RBL)  2

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

593050.1/025676.00003

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Paul R. Cressman, Jr.**
  pcressman@scblaw.com wwheat@scblaw.com

- **Brett M. Hill**
  bhill@scblaw.com crody@scblaw.com

By   s/ Paul R. Cressman, Jr.
    Paul R. Cressman, Jr., WSBA #7128
    pcressman@scblaw.com
    Brett M. Hill, WSBA #35427
    bhill@scblaw.com
    **Short Cressman & Burgess PLLC**
    999 Third Avenue, Suite 3000
    Seattle, WA  98104-4088
    Phone:  (206) 682-3333
    Fax:  (206) 340-8856
    Attorneys for Plaintiff
    T.I. Northwest Corporation

ORDER OF DEFAULT
(CV06-5426RBL)   3

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

593050.1/025676.00003